UNITED STATES of America, Plaintiff–Appellee,

v.

Ricardo VARGAS–VARGAS, Defendant–Appellant.

No. 05–41494.

United States Court of Appeals, Fifth Circuit.

May 22, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Philip G. Gallagher, Federal Public

---

Defender's Office Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and HIGGINBOTHAM and CLEMENT, Circuit Judges.

PER CURIAM: *

Because defendant Vargas–Vargas has completed his sentence and has been deported, his appeal of his sentence is DISMISSED as moot. *See United States v. Rosenbaum–Alanis,* 483 F.3d 381 (5th Cir. 2007).

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

